This case was remanded with instructions to the trial court for further proceedings. *Page 873 
The trial court has complied with our instructions and filed a copy of its final decree with this court, which we consider as a return to remand.
In compliance with our order, the trial court held a hearing on January 6, 1987. As a result of the State's failure to explain its disregard for the trial court's order, the court declared the action of the prison disciplinary committee of December 5, 1985, to be null and void. Upon its finding that appellant was being illegally restrained of his liberty and entitled to release, the trial court granted the writ of habeas corpus prayed for, and ordered appellant's immediate discharge.
The relief sought by appellant in his petition having been granted, the matters raised in this appeal have become moot. Accordingly, this appeal is due to be dismissed.
DISMISSED.
All Judges concur.